**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

_____
                                        :
**THOMAS A. WALSH,**                    :
              **Petitioner,**           :        **CIVIL ACTION**
     **vs.**                            :
                                        :        **NO. 08-5273**
**MICHAEL D. KLOPOTOSKI, et al.,**      :
              **Respondents.**          :
_____:

**ORDER**

**AND NOW**, this 25th day of January 2012,  after a careful and independent review of the

Report and Recommendation (Doc. No. 27), Petitioner's Objections thereto (Doc. No. 32),

Petitioner's Request for Appointment of Counsel (Doc. No. 34), and the entire record in this

case, and for the reasons stated in the Opinion filed this day, it is hereby **ORDERED** as follows:

1.    The Report and Recommendation is **APPROVED and ADOPTED**;

2.    The Petition (Doc. No. 1) is **DENIED**;

3.    Petitioner's Objections are **OVERRULED**;

4.    Petitioner's Request for Appointment of Counsel is **DENIED**; and

5.    A Certificate of Appealability **SHALL NOT ISSUE**.

The Clerk of Court is directed to **CLOSE** this case.

It is so **ORDERED.**

                                        **BY THE COURT:**

                                        **/s/ Hon. Cynthia M. Rufe**

                                        _____
                                        **HON. CYNTHIA M. RUFE**